Argued and submitted May 1, review dismissed as improvidently allowed
August 3, 1995

In the Matter of the Compensation of
David F. Meissner, Claimant.

ALL AMERICAN AIR FREIGHT
and Industrial Indemnity Company,
*Respondents on Review,*

*v.*

David F. MEISSNER,
*Petitioner on Review,*

*and*

DEPARTMENT OF INSURANCE
AND FINANCE,
*Intervenor/Respondent on Review.*

(WCB 91-04509; CA A78817; SC S41673)

898 P2d 1344

Donald M. Hooton, of Schneider, Hooton, Portland, argued the cause for petitioner on review. Chris O'Neill and Merrill Schneider filed the petition.

John E. Snarskis, Portland, argued the cause and filed the briefs for respondents on review.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for intervenor/respondent on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

Carson, C. J., and Durham, J., would not dismiss.